Robert ROYSTER, Plaintiff–Appellant,

v.

HAMPTON ROADS REGIONAL JAIL; Portsmouth City Jail; Prison Health Service, Incorporated, and their employees that work at Hampton Roads Regional Jail; Doctor Kolongo; J. Rod Clipp; J. White, PPV; P. RN; Brody–Myrie, NP; Captain Hacther; The Testing Lab if Other than Prison Health Services, Incorporated; The City Manager of Portsmouth, Virginia, Defendants–Appellees.

No. 06–7900.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 5, 2007.

Robert Royster, Appellant Pro Se. Jeff Wayne Rosen, Lisa Ehrich, Pender & Coward, PC, Virginia Beach, Virginia, for Appellees.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Royster appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Royster v. Hampton Roads Regional Jail,* No. 3:06–cv–00323–JRS (E.D.Va. Oct. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*